# USDC SCAN INDEX SHEET










```
SWD    7/1/05    11:03
3:05-CV-01336    OAKLEY INCORPORATED V. UNITED PARCEL SVC
*3*
*NTCFIN.*
```

Gregory L. Weeks, CSB 58584
Janet R. Kaufman, CSB 116143
Gregory K. Nelson, CSB 203029
WEEKS, KAUFMAN, NELSON & JOHNSON
462 Stevens Ave., Suite 310
Solana Beach, CA 92075
Telephone: (858) 794-2140
Facsimile: (858) 794-2141
wknjlaw@sbcglobal.net

Attorneys for Plaintiff,
Oakley, Inc.

FILED
05 JUN 30 PM 3:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'05 CV 1336 J   (JMA)

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., a Georgia corporation,<br><br>Defendant. | CIVIL ACTION NO.<br><br>CERTIFICATION AS TO INTERESTED PARTIES<br><br>LOCAL RULE 4.6 |

The undersigned, counsel for Plaintiff Oakley, Inc., certifies that the following parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or refusal:

None other than parties

DATED: 6/30/05

Weeks, Kaufman, Nelson & Johnson

_____
GREGORY L. WEEKS
Attorney for Plaintiff, Oakley, Inc.

Certification of Interested Parties

1